THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADAM FILBY,<br><br>        Plaintiff,<br><br>  v.<br><br>EQUILON ENTERPRISES LLC d/b/a SHELL OIL PRODUCTS US, *et al.*,<br><br>        Defendants. | CASE NO. C18-1796-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time to respond (Dkt. No. 16). The motion is GRANTED. Defendant Equilon Enterprises LLC shall respond to Plaintiff's complaint by March 22, 2019.

DATED this 12th day of March 2019.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk