<div style="text-align: right">THE HONORABLE JOHN C. COUGHENOUR</div>

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADAM FILBY, | CASE NO. C18-1796-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EQUILON ENTERPRISES LLC d/b/a SHELL OIL PRODUCTS US, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion for stipulated protective order (Dkt. No. 21). The parties are ORDERED to submit a Word version of the attached exhibits to coughenourorders@wawd.uscourts.gov.

DATED this 18th day of June 2019.

<div style="margin-left: 50%">
<u>William M. McCool</u><br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk
</div>