<mark>THE HONORABLE JOHN C. COUGHENOUR</mark>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM FILBY, | CASE NO. C18-1796 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EQUILON ENTERPRISES LLC d/b/a SHEL OIL PRODUCTS US, a Delaware corporation, and its parents, subsidiaries, successors, affiliates, and assigns, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and related dates (Dkt. No. 24). The Court hereby GRANTS the motion and ORDERS as follows:

1. The 7-day jury trial is continued to November 9, 2020, at 9:30 a.m.;

2. The proposed pretrial order must be filed by October 30, 2020;

3. Trial briefs and proposed voir dire/jury instructions must be filed by November 5, 2020;

4. Discovery must be completed by July 12, 2020; and

MINUTE ORDER
C18-1796
PAGE - 1

THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM FILBY, | CASE NO. C18-1796 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EQUILON ENTERPRISES LLC d/b/a SHEL OIL PRODUCTS US, a Delaware corporation, and its parents, subsidiaries, successors, affiliates, and assigns, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and related dates (Dkt. No. 24). The Court hereby GRANTS the motion and ORDERS as follows:

1. The 7-day jury trial is continued to November 9, 2020, at 9:30 a.m.;

2. The proposed pretrial order must be filed by October 30, 2020;

3. Trial briefs and proposed voir dire/jury instructions must be filed by November 5, 2020;

4. Discovery must be completed by July 12, 2020; and

5. Dispositive motions must be filed by August 11, 2020.

DATED this 16th day of December 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C18-1796
PAGE - 2