THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM FILBY, | CASE NO. C18-1796-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EQUILON ENTERPRISES LLC, d/b/a SHELL OIL PRODUCTS US, a Delaware corporation, and its parents, subsidiaries, successors, affiliates, and assigns, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties stipulated motion to continue the trial and related dates (Dkt. No. 27). The Court hereby GRANTS the motion and ORDERS the parties to adhere to the following case schedule:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Complete Non-Expert Discovery | July 12, 2020 | December 4, 2020 |
| File Dispositive Motions | August 11, 2020 | January 29, 2021 |
| Complete Expert Discovery | | March 5, 2021 |

MINUTE ORDER
C18-1796-JCC
PAGE - 1

| Proposed Pretrial Order | October 30, 2020 | March 26, 2021 |
| --- | --- | --- |
| Trial Briefs/Jury Instructions/Voire Dire | November 5, 2020 | April 9, 2021 |
| Trial | November 7, 2020 | April 19, 2021 |

DATED this 24th day of June 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C18-1796-JCC
PAGE - 2