THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM FILBY, | CASE NO. C18-1796-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EQUILON ENTERPRISES LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulation for attorney withdrawal (Dkt No. 32) is GRANTED. The withdrawal of Tom Mumford (of Buri Funston Mumford & Furlong PLLC) as counsel for Plaintiff is APPROVED. The Clerk shall send a copy of this minute order, and of any further filings of which notice is required, to Plaintiff Adam Filby by mail to the mailing address, and by email to the email address, shown on the parties' stipulation. (*See* Dkt. No. 32 at 2.) This case remains closed.

DATED this 2nd day of June 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C18-1796-JCC
PAGE - 1